UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Arturo Romero,

Plaintiff,

Case No. 01-1230 MJD/JGL

vs.

**STIPULATION AND ORDER**

Case Corporation,

Defendant.

---

**STIPULATION**

WHEREAS, the parties hereto wish to obtain copies of the investigative file with the Department of Human Rights, captioned

WHEREAS, the Department of Human Rights does not contest production of said investigation file pursuant to the attached Order;

THEREFORE, the parties hereto agree that the following Order may be entered without the necessity of a hearing or upon further notice.

MANUAL P. GUERRERO

By Manuel P Guerrero
Manuel P. Guerrero (38520)
Attorney for Plaintiff
162 College Avenue West
Suite 3
St. Paul, MN 55102
(651) 224-4855

Dated: August 16, 2001

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By Autumn L Huiras
Richard J. Nygaard (80226)
Autumn L. Huiras (277472)
Attorneys for Defendant
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7912/8972

Dated: August 9, 2001.

FILED AUG 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED

That the Minnesota Department of Human Rights shall provide counsel for the parties with copies of the Department's investigative case file No. 34958 in this matter at a copy fee of $.30 per page to be paid to the Department by the parties. This Order specifically allows the Department of Human Rights to withhold from the parties and their counsel any internal memoranda of a procedural nature which do not contain factual information pertaining to the issues underlying the claims of discrimination. The Department may also withhold communication between members of the Attorney General's office and charging parties which is protected by attorney-client privilege (Minn. Stat. § 363.121), communication between the Department and the Attorney General's office in which the Attorney General's office is acting as the Department's attorney, and any information concerning settlement negotiations (Minn. Stat. § 363.061, subd. 2(c)).

The Minnesota Department of Human Rights' file shall be produced within fifteen (15) days from the date of this Order.

BY THE COURT

Dated: Aug 21, 2001.

United States Magistrate Judge Jonathan G. Lebedoff