UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1230 (MJD/JGL)

ARTURO ROMERO,

Plaintiff,

v.

**PRETRIAL ORDER**

CASE CORPORATION,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to add any parties must be filed by plaintiff prior to October 1, 2001, and by defendant prior to November 1, 2001; to amend any pleading, filed by plaintiff prior to September 15, 2001, and filed by defendant prior to October 15, 2001;

2. Plaintiff shall disclose all expert witnesses, including reports, by April 1, 2002, and Defendant shall disclose all expert witnesses, including reports, by June 1, 2002;

3. The period during which the parties may seek discovery shall be completed by August 1, 2002;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to September 1, 2002;

5. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to February 1, 2003; and

Filed SEP 10 2001
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________

6. This case will be considered "ready for trial" as of April 1, 2003.

DATED: September 10, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge