**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ARTURO ROMERO**, Civil No. 01-1230 (MJD/JGL)

Plaintiff,

v.

**MINUTES and ORDER**

**CASE CORPORATION, a Delaware corporation**,

Defendant.

---

APPEARANCES

Manuel Guerrero, Esq., on behalf of Plaintiff

Richard Nygaard, Esq., on behalf of Defendant

---

A hearing was held on November 30, 2001 before United States Magistrate Judge Jonathan Lebedoff on Manuel Guerrero's Motion to Withdraw Representation (Doc. No. 11). The Court ruled from the Bench. The motion was **DENIED WITHOUT PREJUDICE**.

Dated: November 30, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

NOV 3 0 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK